No. 96–7409.  SISCO *v.* AULT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 96–7418.  MARCHMAN *v.* COLE.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 96–7419.  TODD *v.* NEWBERRY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 96–7420.  JOHNSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 96–7434.  WIGGINS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 96–7440.  TURNER *v.* KUYKENDALL.  C. A. 4th Cir.  Certiorari denied.

No. 96–7442.  JOHNSON *v.* MILLER, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL COMPLEX, PENDLETON, INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 96–7445.  JAE *v.* COYNE.  C. A. 3d Cir.  Certiorari denied.

No. 96–7447.  ARTIS *v.* DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 96–7450.  LIDMAN *v.* DEPARTMENT OF STATE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–7451.  JACKSON *v.* CHAMPION, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–7453.  TOBIE *v.* DEPARTMENT OF THE INTERIOR ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–7456.  LEDET *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA.  C. A. 5th Cir.  Certiorari denied.

No. 96–7465.  FINKS *v.* AMES DÉPARTMENT STORES, INC.  C. A. 1st Cir.  Certiorari denied.